# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID GORDON MOUNTFORD,
     Appellant,
  vs.
THE STATE OF NEVADA,
     Respondent.

No. 73833

**FILED**

SEP 2 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on August 22, 2017. Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc: Hon. Stefany Miley, District Judge
  David Gordon Mountford
  Attorney General/Carson City
  Clark County District Attorney
  Eighth District Court Clerk

17-32139